UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Cause No. 2:22-CR-35-PPS-APR |
| ) | |
| MATTHEW ALAN MCNAIR,    ) | |
| ) | |
| Defendant.    ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Rodovich relating to Defendant Matthew Alan McNair's agreement to enter a plea of guilty to Counts I & II of the Information, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 2.] Following a hearing on the record on April 6, 2022 [DE 7], Judge Rodovich found that the defendant understands the charges, the defendant's rights, and the maximum penalties; that the defendant is competent to plead guilty; that there is a factual basis for the defendant's plea; that the defendant knowingly and voluntarily entered into this agreement to enter a plea of guilty; and that the defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Both parties have waived any objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Matthew Alan McNair's plea of guilty, to which the parties have waived any objections, the Court hereby ADOPTS the findings and recommendation [DE 7] in their entirety.

Defendant Matthew Alan McNair is adjudged GUILTY of Counts I & II of the Information.

The sentencing hearing is set for August 11, 2022 at 1:00 p.m. Hammond/Central time. This sentencing date shall also be docketed in the related case: 2:21-CR-127-PPS-APR.

SO ORDERED on April 8, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT